IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. HAMERTER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | No. C 07-03409 CRB<br><br>**JUDGMENT** |

    The Court having dismissed plaintiff's complaint, judgment is entered in favor of defendant and against plaintiff.

    **IT IS SO ORDERED.**

Dated: Aug. 3, 2007

                                              CHARLES R. BREYER<br>
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3409\judgment.wpd